# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd Lawrence Petersen, | ) | Case No. 1:23-po-001 |
| | ) | |
| Defendant. | ) | |

On January 24, 2023, defendant made his initial appearance and, pursuant to an agreement he had reached with the United States, entered a guilty plea to the offense charged in Count II of the Information. The court proceeded immediately to sentencing. Pursuant to its discussion with Defendant, the court shall require Defendant to report the United States Marshal's Office in Bismarck, North Dakota, within fourteen days of the date of this order for processing. Defendant shall contact the United States Marshals' office at (701) 333-0640 to schedule a date and time for processing.

**IT IS SO ORDERED.**

Dated this 24th day of January, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court